IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LEE TOMMIE AMERSON**                                                                    **PLAINTIFF**

**v.**                        **No. 4:23CV119-RP**

**SUPERINTENDENT MARC MCCLURE, ET AL.**                    **DEFENDANTS**

### ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On October 18, 2023, the court entered an order requiring the plaintiff, within 30 days, to complete and return various forms necessary for the expeditious administration of this case. The court directed that if the plaintiff desires to continue with this case, he must sign and return the Acknowledgment of Receipt and Certification (Form PSP-3) and return it to the clerk within 30 days of the date of the order. The court warned the plaintiff that failure to comply with the order may result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on November 17, 2023. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 1st day of December, 2023.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE